An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
Appellant,
vs.
D. NEVEN; SEARGENT KIM;
SEARGENT SHIELDS; T. PHARRIS;
JAMES G. COX; LAS VEGAS JUSTICE
COURT CLERK DEPARTMENT 7; AND
THE STATE OF NEVADA,
Respondents.

No. 63213

FILED

JUL 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Our review of the documents before us on appeal reveals a jurisdictional defect. Specifically, it appears that no final, appealable judgment has been entered below. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, as it appears that a final judgment has not been entered in the underlying case, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-20673

cc: Hon. Kerry Louise Earley, District Judge
Felton L. Matthews, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk